# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2024

## NO. 03-22-00465-CV

**Heather Dawn Williams, Individually and as Wrongful Death Beneficiary and Representative of The Estate of Leilani Wittkohl, Deceased, Appellant**

**v.**

**CTRH, L.L.C., d/b/a Central Texas Rehabilitation Hospital; and Supriya Ailnani, M.D., Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on July 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.